IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CV-00002-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| $34,783.00 IN U S. CURRENCY and | ) | |
| $14,310.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendants, $34,783.00 and $14,310.00 in U.S. Currency, on account of the failure of James Robert Dodd, Fastlyfe Entertainment, LLC, Gerald Deandre Lewis, BlackLabel Entertainment, LLC, and EAN Holdings, LLC and any other potential claimant to properly plead or otherwise defend within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

This the  26  day of   April   , 2021.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina